

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, Floor 37*
*New York, New York 10278*

June 19, 2024

**BY ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/21/2024
```

Re:   *United States v. Joshua Torres*, 19 Cr. 287 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter, with the consent of the United States Probation Office ("Probation"), to request that the Court order Probation to produce any and all records it maintains that detail Joshua Torres's supervision and pertain to the Specifications set forth in Probation's June 17, 2024 Amended Violation Report (the "Report"). The Court has scheduled a hearing for August 2, 2024. The Report sets forth nine specifications against Torres. To prove some or all of those specifications, the Government may call a Probation Officer to testify. Accordingly, the Government requests that the Court order Probation to produce records including, but not limited to, the following:

- Internal chronologies and any other records relating to the search of the defendant's apartment on or about March 13, 2024, and the recovery of a firearm during that search, as articulated in **Specifications 1, 2, and 3**.

- Internal chronologies, toxicology reports, documents memorializing the chain of custody, and any other records relating to the defendant's positive drug tests for marijuana on or about October 2, 2023, December 13, 2023, February 9, 2024, and March 1, 2024, as articulated in **Specification 4**.

- Internal chronologies, toxicology reports, documents memorializing the chain of custody, and any other records relating to the defendant's positive drug tests for amphetamine and methamphetamine on or about February 9, 2024, and March 1, 2024, as articulated in **Specification 5**.

- Internal chronologies, toxicology reports, documents memorializing the chain of custody, and any other records relating to the defendant's positive drug test for fentanyl on or about March 1, 2024, as articulated in **Specification 6**.

- Internal chronologies, social media records, and any other records relating to the defendant's association with a convicted felon, specifically his codefendant Abdoulaye Diallo, on or about March 27, 2024, as articulated in **Specification 7**.

- Internal chronologies, court documents, and any other records relating to the defendant's two state crimes on or about June 12, 2024, namely (1) intent to obtain transportation without payment, in violation of N.Y. Penal Law § 165.15(3), and (2) false personation, in violation of N.Y. Penal Law § 190.23, as articulated in **Specifications 8 and 9**.

The Government respectfully requests that the Court enter an order directing Probation to produce the records articulated above.[1]

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

Cc: Sylvie Levine, Esq. (by ECF)
Probation (by email)

**SO ORDERED.**

_____
Victor Marrero, U.S.D.J.
June 21, 2024

---

[1] Once in possession of the files, the Government will disclose them to the defense as necessary to comply with its obligations under Federal Rule of Criminal Procedure 32.1, Title 18, United States Code, Section 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).