```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

       - against -

JOSHUA TORRES,

              Defendant.

19 Cr. 287(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The VOSR proceeding in this case currently scheduled for September 13 is hereby adjourned to September 20, 2024, at 11:30 a.m.

**SO ORDERED.**

Dated:    August 6, 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.