```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/24
```

UNITED STATES OF AMERICA

    - against -

JOSHUA TORRES,

             Defendant.

19 Cr. 287(VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The VOSR proceeding in this case currently scheduled for September 20, 2024, is hereby adjourned to October 11, 2024, at 12:00 p.m.

**SO ORDERED.**

Dated:    September 17, 2024
            New York, New York

                                                Victor Marrero
                                                  U.S.D.J.